UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61229-CIV-DAMIAN/STRAUSS

ENRIQUE RIVERON
BATISTA, *et al.,*

     Plaintiffs,

v.

DEPARTMENT OF
HOMELAND SECURITY *et al.,*

     Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation ("Report") [ECF No. 10], entered July 14, 2026, regarding Plaintiffs' Motion for Default Judgment under Federal Rule of Civil Procedure 55(b)(2) ("Motion") [ECF No. 9].

THE COURT has considered the Report, the Motion, the record, and the relevant authorities and is otherwise fully advised.

In the Report, Judge Strauss recommends denying the Motion without prejudice because Plaintiffs sought default judgment before obtaining a Clerk's entry of default and failed to establish proper service under Federal Rule of Civil Procedure 4(i). [ECF No. 10]. As the Magistrate Judge points out, absent proper service, Defendants' sixty-day response period under Federal Rule of Civil Procedure 12(a)(2) had not begun. *Id.* Objections to the Report were due July 28, 2026. No objections were filed, and the time to do so has passed.

When a magistrate judge's disposition has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). When no party has timely objected, however, "the court need only satisfy itself that there is no clear error on the face of

the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment. Although Rule 72 itself is silent on the standard of review, the Supreme Court has recognized that Congress intended to require *de novo* review only when objections are properly filed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Upon review, this Court finds no clear error and agrees with Judge Strauss's well-reasoned analysis and conclusion that Plaintiffs' Motion is premature and that Plaintiffs have not established proper service under Rule 4(i).

Accordingly, for the reasons set forth, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation **[ECF No. 10]** is **AFFIRMED AND ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review

2.    Plaintiffs' Motion for Default Judgment **[ECF No. 9]** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of August, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**