**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61229-CIV-DAMIAN**

**ENRIQUE RIVERON BATISTA, et al.,**

**Plaintiffs,**

**v.**

**U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

**Defendants.**
_________________________________/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon Plaintiffs' Agreed Notice of Voluntary Dismissal, filed September 24, 2026 [ECF No. 24], which this Court views as an Unopposed Motion to Voluntarily Dismiss.

THE COURT has reviewed the Notice, the pertinent portions of the record, and relevant authorities and is otherwise fully advised.

In the Notice, Plaintiffs indicate that they seek to voluntarily dismiss their action on grounds the relief sought in the Complaint has been granted and their claims are, therefore, moot. Plaintiffs indicate the Defendants agree to the dismissal, and the Court notes that no response was filed indicating otherwise.

This Court finds that the Notice/Motion is due to be granted and the matter dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, it is

**ORDERED** the Notice of Voluntary Dismissal **[ECF No. 24]** is accepted and **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** with each party to bear their own fees and costs.

The Clerk is directed to mark this case as **CLOSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 21st day of October, 2025.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**